IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-335-FDW-DCK

| | | |
|---|---|---|
| ALISA CATES, | ) | |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) ) | |
| STATE OF NC, DEPARTMENT OF ADULT CORRECTION, | ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 23) filed by Local Counsel Humphrey S. Cummings on December 3, 2024.

Applicant Jasper Mills seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 23) is **GRANTED**. Jasper Mills is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: December 4, 2024

David C. Keesler
United States Magistrate Judge