# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-CV-00335-FDW-DCK

| | |
|---|---|
| ALISA CATES, | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| STATE OF NC, DEPARTMENT OF ADULT CORRECTION, | )<br>)<br>) |
| **Defendant.** | )<br>)<br>) |

**THIS MATTER** is before the Court on Plaintiff Alisa Cates' ("Plaintiff") Motion for Default Judgment, (Doc. No. 17), and Motion for Order to Show Cause and Motion to Compel, (Doc. No. 21).

Plaintiff filed this lawsuit while represented by legal counsel, (Doc. No. 1), but her counsel's representation was terminated as of June 18, 2024. Plaintiff then proceeded *pro se* for several months, and in that time, she filed several responsive pleadings and motions. However, Plaintiff recently obtained counsel: on December 3, 2024, Plaintiff's local counsel filed a Notice of Appearance of Local Counsel, (Doc. No. 22), and on the same day, Plaintiff's counsel filed a Motion for Leave to Appear Pro Hac Vice, (Doc. No. 23), which has since been granted, (Doc. No. 24). Accordingly, Plaintiff is no longer proceeding *pro se*.

Two of the motions that Plaintiff filed while proceeding *pro se*—a Motion for Default Judgment, (Doc. No. 17), and a Motion for Order to Show Cause and Motion to Compel, (Doc. No. 21)—remain pending. Because Plaintiff has obtained legal counsel since filing these motions, the Court will permit her an opportunity to refile any such motions with the benefit of legal counsel.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Default Judgment, (Doc. No. 17), and Plaintiff's Motion for Order to Show Cause and Motion to Compel, (Doc. No. 21), are **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: January 28, 2025

Frank D. Whitney
Senior United States District Judge